DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NIMBUS APOLLO, LLC, a Florida limited liability company,

Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee for Velocity
Commercial Capital Loan Trust 2019-1, as successor in
interest to Velocity Commercial Capital, LLC, a foreign
liability company; LARRY S. HYMAN; THEODOSIOS
MOUSTAKOPOULOS; UNKNOWN TENANTS, ETC. IN
POSSESSION UNIT 1; UNKNOWN TENANTS, ETC. IN
POSSESSION UNIT 2; UNKNOWN TENANTS, ETC. IN
POSSESSION UNIT 3; UNKNOWN TENANTS, ETC. IN
POSSESSION UNIT 4,

Appellees.

No. 2D2025-1145

_____

August 12, 2026

Appeal from the Circuit Court for Pinellas County; Amy M. Williams,
Judge.

Jawdet I. Rubaii of Jawdet I. Rubaii, P.A., Clearwater, for Appellant.

Christopher D. Donovan of Donovan Appellate Law, PLLC, Estero, for
Appellee U.S. Bank National Association, as Trustee for Velocity
Commercial Capital Loan Trust 2019-1, as successor in interest to
Velocity Commercial Capital, LLC, a foreign liability company.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.